UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-61058-CIV-DAMIAN

JASON LEONEL AGUILAR GARCIA,

      Petitioner,

v.

MARKWAYNE MULLIN, Secretary, U.S.
Department of Homeland Security (DHS); TODD
M. LYONS, Acting Director, U.S. Immigration and
Customs Enforcement (ICE); DEREK GORDON,
Acting Executive Associate Director, Homeland
Security Investigations (HSI), U.S. Immigration and
Customs Enforcement (ICE); MARCOS CHARLES,
Acting Executive Associate Director, Enforcement
and Removal Operations (ERO), U.S. Immigration
and Customs Enforcement (ICE); DAREN K.
MARGOLIN, Director, Executive Office For
Immigration Review; WARDEN, Warden for the
Broward Transitional Center,

      Respondents.

_____/

## ORDER GRANTING IN PART PETITION

**THIS CAUSE** is before the Court on Petitioner, Jason Leonel Aguilar Garcia's ("Petitioner"), Petition for a Writ of Habeas Corpus ("Petition") [ECF No. 1], filed on April 10, 2026, and the Response to Order to Show Cause ("Response") [ECF No. 6], filed on May 11, 2026.

THE COURT has reviewed the Petition, the Response, and the record in this case and is otherwise fully advised. Petitioner asserts a due process challenge to his arrest and detention by immigration officials alleging, in relevant part, that his continued custody is unlawful, arbitrary, and contrary to the United States Constitution. Petitioner requests release from immigration detention and that Respondents afford him a bond hearing. *See*

*generally* Pet. In the Response, Respondents state that in light of the Eleventh Circuit's recent decision in *Alvarez v. Warden*, No. 25-14065, __ F.4th __ (11th Cir. May 6, 2026), they do not oppose Petitioner's request for a bond hearing. *See* Resp.

Thus, this Court finds that Petitioner is entitled to an individualized bond hearing as a detainee under Section 1226(a). Accordingly, it is

**ORDERED AND ADJUDGED** that the Petition [**ECF No. 1**] is **GRANTED IN PART** to the extent that Petitioner requests this Court to direct the Immigration Court to give him a bond hearing. Respondents shall **FORTHWITH** afford Petitioner an individualized bond hearing consistent with 8 U.S.C. § 1226(a) or otherwise release Petitioner. The bond hearing must take place no later than **June 5, 2026**. It is further

The Clerk of Court is **DIRECTED** to **CLOSE** this case for Administrative and Statistical purposes.

This Court retains jurisdiction to address matters that may arise with respect to the Petition, and either party may file a motion to reopen the case should additional relief be sought relating to the Petition or this Order.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 26th day of May, 2026.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc. Counsel